UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-20500

MICHAEL ABBOTT,

    Plaintiff,

v.

CITY OF CORAL GABLES, a political
Subdivision of the State of Florida, ERIC
PLESCOW, and ALEJANDRO PINO-PEREZ,
both residents of the State of Florida.

    Defendants.
_____/

**DEFENDANTS, THE CITY OF CORAL GABLES, ERIC PLESCOW,
AND ALEJANDRO PINO-PEREZ'S MOTION TO EXCEED PAGE LIMITATION**

    Defendants, the CITY OF CORAL GABLES and Officers ERIC PLESCOW and ALEJANDRO PINO-PEREZ ("Defendants"), respectfully move this Court pursuant to Local Rule 7.1(c)(2) of the Federal Rules of Civil Procedure and its inherent authority, for the entry of an Order granting Defendants leave to exceed the twenty (20) page limit set forth in Local Rule 7.1(c)(2) in their joint response by an additional ten (10) pages. In support thereof, Defendants state as follows:

    1.    This is a civil rights action brought under 42 U.S.C. § 1983 and Florida law arising from Plaintiff's arrest on March 24, 2020. Plaintiff's Complaint alleges a total of eleven (11) counts against the Defendants. These counts include:

        i.    Count I – Fourth Amendment Violation – False Arrest by Officer Eric Plescow;

1

2

  ii. Count II – Fourth Amendment Violation – False Arrest by Officer Alejandro Pino-Perez;

  iii. Count III – Fourth Amendment Violation – Excessive Force by Officer Eric Plescow;

  iv. Count IV – Fourth Amendment Violation – Excessive Force by Officer Alejandro Pino-Perez;

  v. Count V – Fourth Amendment Violation – Unlawful Search/Entry into Home by Officer Eric Plescow;

  vi. Count VI – Fourth Amendment Violation – Unlawful Search/Entry into Home by Officer Alejandro Pino-Perez;

  vii. Count VII – First Amendment Violation – Retaliation by Officer Eric Plescow;

  viii. Count VIII – First Amendment Violation – Retaliation by Officer Alejandro Pino-Perez;

  ix. Count IX – State Law False Arrest/Imprisonment – City of Coral Gables;

  x. Count X – State Law Unlawful Search of Home (under Art. 1, § 12 of Fla. Const.) – City of Coral Gables; and,

  xi. Count XI – State Law Violation Retaliation (under Art. 1, § 4 of Fla. Const.) – City of Coral Gables.

  2. Defendants are preparing a joint response to Plaintiff's Complaint addressing the merits of each count as opposed to each Defendant filing separate responses interest of efficiency and judicial economy. To accomplish this, Defendants will need to exceed the twenty (20) page

2
29449211v1

limit allotted under Local Rule 7.1(c)(2). It is reasonably anticipated that Defendants will require ten (10) additional pages (i.e., thirty (30) pages total) to adequately respond.

3. These are generally matters within the Court's discretion. District Courts routinely grant a parties' request for excess pages and enlargements of time where the circumstances and issues before the court necessitate such a request and will permit the parties to adequately address the merits of the case. *See e.g., Levintan v. Morgan*; 3:12CV117/MCR/CJK, 2016 WL 1267574, at *14 (N.D. Fla. Feb. 25, 2016); *Arrington v. Miami-Dade Cnty. Pub. Sch. Dist.*, 15-24114-CIV, 2018 WL 11328929, at *1 (S.D. Fla. Jan. 16, 2018).

4. Defendants submit this request will not cause any prejudice to either party and will aid in judicial economy. Allowing Defendants to submit a joint response with an extended page limitation will allow the Court and the parties to address each of the counts jointly as many of them are interrelated and will do away with having to address interrelated issues in separate responses.

5. Accordingly, this Motion will serve the interests of justice and judicial economy.

**WHEREFORE**, Defendants, the CITY OF CORAL GABLES, ERIC PLESCOW, and ALEJANDRO PINO-PEREZ respectfully requests that this Court grant this Motion extending the page limitation by ten (10) additional pages thus permitting Defendants to file a joint response **up to thirty (30) pages** in length.

## CERTIFICATE OF GOOD FAITH CONFERENCE

In accordance with Local Rule 7.1(a)(3), the undersigned conferred with counsel for Plaintiff in a good faith attempt to resolve the issues raised in this motion. Counsel for Plaintiff advised "I take no position and defer to the court."

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** on this 26th day of March, 2024, the undersigned filed the foregoing with the Clerk of the Court for the United States District Court, Southern District of Florida, by using the CM/ECF system, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

        **BOWMAN AND BROOKE LLP**

By: */s/ Carolina S. Pinero*
    **Christine L. Welstead, Esq. (FBN# 970956)**
    Christine.welstead@bowmanandbrooke.com
    **Carolina S. Piñero, Esq. (0119335)**
    Carolina.Pinero@bowmanandbrooke.com
    Two Alhambra Plaza, Ste. 800
    Miami, Florida 33134
    Tel: (305) 995-5600; Fax: (305) 995-6100