UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-20500-JB/Torres

MICHAEL ABBOTT,

    Plaintiff,

v.

THE CITY OF CORAL GABLES, a
political subdivision of the State of Florida,
ERIC PLESCOW, ALEJANDRO PINO-PEREZ,
both residents of the State of Florida

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court on United States Magistrate Judge Edwin G. Torres' Report and Recommendation ("Report") on Defendants Motion to Dismiss Plaintiff's Complaint for failure to state a claim (the "Motion"), ECF No. [49]. In the Report, Judge Torres recommends that the Court grant the Motion in part, and deny the Motion in part. ECF No. [53]. No objections to the Report have been filed, and the time to do so has passed.

After careful consideration of the Report, the Motion, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report, ECF No. [53], is **AFFIRMED** and **ADOPTED**.

2. Count X and Count XI of Plaintiff's Complaint, ECF No. [1], are **DISMISSED**.

3. Defendants' Motion is **DENIED** in all other respects.

**DONE AND ORDERED** in Miami, Florida, this 30th day of December, 2025.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE